# **EXHIBIT A**

## *OBD SENSOR SOLUTIONS LLC v. XIRGO TECHNOLOGIES, LLC; XIRGO HOLDINGS, INC.,*
## E.D. VA. NO. 1:25-cv-01943

The following claim chart includes illustrations, diagrams, and references relating to exemplary Xirgo devices including, but not limited to, the XT2600, XT2400, XT2500, XT6300, XT2060G, and XT2469A (collectively, the "Accused Products"), and all other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, functionality, and applications (collectively, the "Accused Products"). It should be understood that other products and services not discussed directly may also infringe. Fact discovery has not begun, and to date, Plaintiff OBD Sensor Solutions LLC ("OBD Sensor" or "Plaintiff") has not yet received documents from Defendants Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") nor conducted any depositions regarding the Accused Products identified in the pleading to which this chart is attached.

To the extent that multiple cases of infringement are set forth in the below chart, if no reference is made to a specific case with respect to a claim or claim element, the evidence of infringement applies to all cases of infringement set forth for that claim, or the claim(s) on which that claim depends.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial, and the claim(s) is infringed under the doctrine of equivalents.

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| **1.** An electronic device for monitoring and processing information data related to the use and functioning of motor vehicles through an inner network connecting vehicle sensors, said device comprising: | Defendants Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") make, use, sell and/or offer for sale Xirgo devices including, but not limited to, the XT2600, XT2400, XT2500, XT6300, XT2060G, and XT2469A, and all other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, functionality, and applications (collectively, the "Accused Products") (collectively, the "Accused Products") which are electronic devices for monitoring and processing data related to the use and functioning of motor vehicles through an inner networking connecting vehicle sensors, and thereby infringe claims 1.<br><br>For example, as detailed below, based on analyses of publicly available information, the Accused Products are electronic devices for monitoring and processing information data related to the use and functioning of motor vehicles by using an on-board diagnostic computer and associated inner network connecting vehicle sensors.<br><br>XT2600<br> |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996.<br><br>Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | **Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services.<br><br>General specification<br>Power: DC 8-24V<br>Connectivity: NA: 4G LTE Cat M1; EU: 4G LTE Cat M1, NB2, and 2G fallback<br>GPS: Integrated GPS receiver and antenna<br>Sensors: LED status indicators for GPS lock, Cellular registration, and OBD-II communication<br>Accelerometer: Yes, 3-Axis + motion detection<br>Integrated auditory-feedback (buzzer): Yes<br><br>https://www.xirgoglobal.com/export/en/model/xt2600 |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|

XT2600 Product Manual / Parameters / Parameter 26: DTC (Vehicle Bus Diagnostic Trouble Codes)

## Parameter 26: DTC (Vehicle Bus Diagnostic Trouble Codes)

DTC provides a list of codes by ECU.

Schema

```
{ "DTC" :
  { "DI"     : { N_ECU_RESPONDED, N_ECU_HASDTC }}
  { ECUID : { NC, NCR, DTC_1, …, DTC_N }}
  { … }
}
```

| Param | Type | Description |
|---|---|---|
| N_ECU | UINT8 | Number of ECUs that responded to the request. |
| N_ECU_HASDTC | UINT8 | Number of ECUs that had DTCs. |
| ECUID | UINT32 | ECU ID. |
| NC | UINT8 | Number of codes present on vehicle bus. |
| NCR | UINT8 | Number of codes reported in message. NCR will be less than or equal to NC. |
| DTC_N | UINT32 | Diagnostic trouble code. Msgpack reports the codes as decimal values between 0 and 4294967295. The hexadecimal equivalent of the value is decoded differently depending on which protocol is in use. |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Parameters/Parameter_26_DTC_Virtual_Bus.html#parameter-26-dtc-vehicle-bus-diagnostic-trouble-codes

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | **TIRE PRESSURE MONITORING**<br>WE HELP FLEETS REDUCE THEIR COSTS AND IMPROVE SAFETY, TIRE LIFE, AND DRIVER SATISFACTION.<br><br>Fleet maintenance and operations are challenged to keep their assets running safely, while maximizing uptime at the lowest cost possible. Because fleets operate on thin margins, implementing Sensata \| Xirgo's tire pressure monitoring system (TPMS) creates significant savings by reducing overall costs on tires, repairs, maintenance, wages, fuel, insurance, and fees.<br>Sensata \| Xirgo's truck-and-trailer solution offers a modular software platform that collects data from wireless sensors using a vehicle area network and delivers actionable insights to the right place at the right time:<br>• Fleet managers, maintenance teams, and operations personnel receive daily email reports with a list of issues to resolve.<br>• Drivers receive real-time, in-cab warnings on a tablet device with a non-distracting design, giving them the ability to pull over and investigate the issue.<br>Whether retrofitted to existing fleet assets, or installed at the OEM, Sensata \| Xirgo's TPMS solution is the logical choice when it comes to effective tire management. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
| --- | --- |
| |  |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
| --- | --- |
| |  |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  <br>https://www.sensata.com/sites/default/files/a/Sensata-Xirgo_Solution_Catalog.pdf<br>  |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>


http://q4live.s22.clientfiles.s3-website-us-east-1.amazonaws.com/327799861/files/doc_presentations/2021/Xirgo-acquisition.pdf
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | VEHICLE TELEMATICS<br>**Go Beyond Dots on a Map**<br>Tap into our telematics to inspire the right actions and empower smarter decisions for your customers. Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial equipment. Receive differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability.<br>**Move from commoditization to differentiation.**<br>Differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability. Any driver can benefit from vehicle telematics devices.<br>**Monitor a wide range of vehicle types.** Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial powered/non-powered equipment.<br>**PID integration for additional vehicle telematics visibility.** Onboard diagnostic parameter IDs (PIDs) add vehicle condition/status to location and driver/operator behavior monitoring.<br>**Integrate with other sensors/devices.** Open API supports additional digital and analog interface for easy integration with other vehicle telematics devices and peripherals.<br>https://xirgo.com/products/vehicle-telematics/ |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>



https://web.archive.org/web/20230802014856/https://dbsar8qd3vhis.cloudfront.net/wp-content/uploads/resource-pages/sales/product/telematics/sensata-xt6300-spec-sheet-americas.pdf
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | XIRGO TECHNOLOGIES<br>**XT-2060G OBD II UMTS Modem with Integrated GPS**<br><br>XT-2060G is the most versatile and economical diagnostic device available today for communicating vital vehicle information to owners via ubiquitous UMTS networks. With an optional integrated GPS engine, embedded cellular, PCS and GPS antennas, and integrated OBDII interface, XT-2060G is the ultimate solution for fleet managers in need of monitoring location, speed, and many other codes available on the OBD port of vehicles. With an integrated J1962 connector, an extremely compact design powered through the OBD port, and low power consumption, XT-2060G can be installed in matter of seconds which substantially reduces the high cost of installation.<br><br>XT-2060G which operates on UMTS network, supports TCP, UDP, FTP and is capable of firmware update over-the-air. With a highly sensitive GPS engine along with an integrated GPS antenna and multiple OBD II protocols supported, XT-2060G can be installed in majority of vehicles available in North America.<br><br>XT-2060G is another example of Xirgo Technologies' dedication to design and manufacture of superior products.<br><br>**XT-2060G Specification highlights**<br>• 3G UMTS/HSDPA class A multi-slot<br>• 2G GPRS class B multi-slot<br>• 3G Bands 800/850/900/1700/1900/2100 MHz<br>• 2G Bands 850/900/1800/1900 MHz<br>• LED status indicators for GPS lock, GSM registration and OBD II communication<br>• Over-the-air firmware upgrade<br>• Supports TCP, UDP, FTP, HTTP<br>• Integrated GPS engine and antenna for tracking applications<br>• Supports SMS connectivity<br>• No external antennas or power connectors needed<br><br>https://www.scribd.com/document/357228409/Xirgo-XT-2060G-Data-Sheet |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|

XIRGO TECHNOLOGIES

**XT2469A AT&T Cat M1 Modem with Integrated GPS**

The XT2469A is the most versatile and economical diagnostic & monitoring device available today for communicating vital vehicle information to owners via AT&T's LTE Cat M1 network. With an integrated GPS engine, cellular and GPS antennas, and integrated OBDII interface, the XT2469A is the ultimate solution for fleet managers in need of monitoring location, speed, and many other codes available on the OBD port of vehicles.

In addition to support for open OBD II standard parameters the XT2469A has additional functionality to support OEM proprietary parameters. This gives our customers unrivaled versatility for providing additional information from the vehicle BUS such as true odometer and seat belt status. With an integrated J1962 connector, an extremely compact design powered through the OBD port, and low power consumption, the XT2469A can be installed in a matter of seconds which substantially reduces installation cost.

The XT2469A operates over the AT&T Wireless network and supports SMS, UDP, FTP. The XT2469A is capable of firmware update over-the-air. With a highly sensitive GPS engine along with an integrated GPS antenna and multiple OBD II protocols support, the XT2469A can be installed in majority of vehicles available in North America.

The XT2469A is another example of Xirgo Technologies' dedication to design and manufacture of superior products.



**XT2469A**
**Specification Highlights**

- AT&T LTE Cat M1
- 4G LTE Bands 2, 4, and 12
- LED status indicators for GPS lock, GSM registration and OBD II communication
- Over-the-air firmware upgrade
- Supports SMS, UDP, FTP
- Supports all J1962 OBD Pins
- 3-axis Accelerometer and Motion Detector
- Integrated GPS receiver and antenna for tracking applications
- Audible Feedback (Buzzer)
- Optional 250 mAh backup battery

https://www.sierrawireless.com/wp-content/uploads/2022/01/Xirgo-XT2469A-Data-Sheet.pdf

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  |



https://web.archive.org/web/20230802014741/https://dbsar8qd3vhis.cloudfront.net/wp-content/uploads/resource-pages/sales/product/telematics/sensata-xt2400-spec-sheet-americas.pdf

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>

https://web.archive.org/web/20230802014730/https://dbsar8qd3vhis.cloudfront.net/wp-content/uploads/resource-pages/sales/product/telematics/sensata-xt2500-spec-sheet-americas.pdf</td></tr>
<tr><td>a central processing unit (3);</td><td>Defendants, using the Accused Products, include a central processing unit.<br>
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | <br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
<table>
<tr><th colspan="2">General specification</th></tr>
<tr><td>Power</td><td>DC 8-24V</td></tr>
<tr><td>Connectivity</td><td>NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback</td></tr>
<tr><td>GPS</td><td>Integrated GPS receiver and antenna</td></tr>
<tr><td>Sensors</td><td>LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication</td></tr>
<tr><td>Accelerometer</td><td>Yes, 3-Axis + motion detection</td></tr>
<tr><td>Integrated auditory-feedback (buzzer)</td><td>Yes</td></tr>
</table>
https://www.xirgoglobal.com/export/en/model/xt2600
</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>

XT2600 Product Manual / Subsystems / Manager<br>
Manager<br>
Manager Enable Security<br>
Enables JTAG security on the microprocessor.<br>
<table>
<tr><th>Command Type</th><th>Syntax</th></tr>
<tr><td>UART</td><td>Command</td></tr>
<tr><td></td><td>!mss</td></tr>
<tr><td></td><td>Response</td></tr>
<tr><td></td><td>OK</td></tr>
<tr><td>JOB</td><td>Command</td></tr>
<tr><td></td><td>{ "!mss": [ "", "" ] }</td></tr>
<tr><td></td><td>Response</td></tr>
<tr><td></td><td>N/A</td></tr>
</table>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/Manager.html
</td></tr>
<tr><td>an integrated data storage (4) connected to the central processing unit; and</td><td>Defendants’ Accused Products comprise an integrated data storage (4) connected to the central processing unit. For example, the Accused Products (such as the XT2600 and/or other similar devices) comprise data storage, including memory, connected to the central processing unit (e.g., processor).<br>


</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996.<br><br>Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | **Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services.<br><br>General specification<br>Power: DC 8-24V<br>Connectivity: NA: 4G LTE Cat M1; EU: 4G LTE Cat M1, NB2, and 2G fallback<br>GPS: Integrated GPS receiver and antenna<br>Sensors: LED status indicators for GPS lock, Cellular registration, and OBD-II communication<br>Accelerometer: Yes, 3-Axis + motion detection<br>Integrated auditory-feedback (buzzer): Yes<br><br>https://www.xirgoglobal.com/export/en/model/xt2600 |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|

XT2600 Product Manual / General Operation

General Operation

The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle’s OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.

The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html

XT2600 Product Manual / Subsystems / Manager

Manager

Manager Enable Security

Enables JTAG security on the microprocessor.

| Command Type | Syntax |
|---|---|
| UART | Command |
| | !mss |
| | Response |
| | OK |
| JOB | Command |
| | { "!mss": [ "", "" ] } |
| | Response |
| | N/A |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/Manager.html

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
XT2600 Product Manual / XFS<br>
XFS<br>
XFS Print Information<br>
Requests XFS subsystem to display information about objects stored in flash/non-volatile memory to the interface which the command was sent to.<br>
<table>
<tr><th>Command Type</th><th>Syntax</th></tr>
<tr><td>UART</td><td>Command</td></tr>
<tr><td></td><td>!fpi</td></tr>
<tr><td></td><td>Response</td></tr>
<tr><td></td><td>Object: <object><br>Peripheral: <peripheral><br>Address: <addr><br>Size: <bytes><br>Hardware ID: <HWID></td></tr>
</table>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/XFS.html
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | **TIRE PRESSURE MONITORING**<br><br>WE HELP FLEETS REDUCE THEIR COSTS AND IMPROVE SAFETY, TIRE LIFE, AND DRIVER SATISFACTION.<br><br><br><br>Fleet maintenance and operations are challenged to keep their assets running safely, while maximizing uptime at the lowest cost possible. Because fleets operate on thin margins, implementing Sensata \| Xirgo's tire pressure monitoring system (TPMS) creates significant savings by reducing overall costs on tires, repairs, maintenance, wages, fuel, insurance, and fees.<br><br>Sensata \| Xirgo's truck-and-trailer solution offers a modular software platform that collects data from wireless sensors using a vehicle area network and delivers actionable insights to the right place at the right time:<br><br>• Fleet managers, maintenance teams, and operations personnel receive daily email reports with a list of issues to resolve.<br><br>• Drivers receive real-time, in-cab warnings on a tablet device with a non-distracting design, giving them the ability to pull over and investigate the issue.<br><br>Whether retrofitted to existing fleet assets, or installed at the OEM, Sensata \| Xirgo's TPMS solution is the logical choice when it comes to effective tire management. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  <br>https://www.sensata.com/sites/default/files/a/Sensata-Xirgo_Solution_Catalog.pdf<br>  |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>


<br>
http://q4live.s22.clientfiles.s3-website-us-east-1.amazonaws.com/327799861/files/doc_presentations/2021/Xirgo-acquisition.pdf
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | VEHICLE TELEMATICS<br>**Go Beyond Dots on a Map**<br>Tap into our telematics to inspire the right actions and empower smarter decisions for your customers. Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial equipment. Receive differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability.<br>**Move from commoditization to differentiation.**<br>Differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability. Any driver can benefit from vehicle telematics devices.<br>Monitor a wide range of vehicle types.<br>Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial powered/non-powered equipment.<br>PID integration for additional vehicle telematics visibility.<br>Onboard diagnostic parameter IDs (PIDs) add vehicle condition/status to location and driver/operator behavior monitoring.<br>Integrate with other sensors/devices.<br>Open API supports additional digital and analog interface for easy integration with other vehicle telematics devices and peripherals.<br>https://xirgo.com/products/vehicle-telematics/<br><br>Upon public information and belief, the Accused Products' circuit board includes various additional integrated data storage connected to the CPU. OBD Sensor expects that additional discovery into the software and firmware coding will provide additional information regarding data storage in the device. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
| --- | --- |
| a network connector (**8**) operatively connected to the central processing unit and configured to be connected to an inner network of a motor vehicle through a connector (**40**) used by motor vehicle makers for accessing a vehicle on-board electric system with a diagnostic unit, | Defendants' Accused Products comprise a network connector (**8**) operatively connected to the central processing unit and configured to be connected to an inner network of a motor vehicle through a connector (**40**) used by motor vehicle makers for accessing a vehicle on-board electric system with a diagnostic unit.<br><br>For example, the Accused Products (such as the XT2600 and/or other similar devices) include a network connector connected to the Accused Products' (e.g., the XT2600 and/or other similar devices) CPU. The Accused Products' (such as XT2600 and/or other similar devices) network connector is configured to be connected to a vehicle's on-board diagnostic system via a standard OBD port, which is an inner network of a motor vehicle.<br><br>XT2600<br><br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|

| General specification | |
|---|---|
| Power | DC 8-24V |
| Connectivity | NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback |
| GPS | Integrated GPS receiver and antenna |
| Sensors | LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication |
| Accelerometer | Yes, 3-Axis + motion detection |
| Integrated auditory-feedback (buzzer) | Yes |

https://www.xirgoglobal.com/export/en/model/xt2600

XT2600 Product Manual / General Operation

## General Operation

The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle's OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.

The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | **TIRE PRESSURE MONITORING**<br><br>WE HELP FLEETS REDUCE THEIR COSTS AND IMPROVE SAFETY, TIRE LIFE, AND DRIVER SATISFACTION.<br><br><br><br>Fleet maintenance and operations are challenged to keep their assets running safely, while maximizing uptime at the lowest cost possible. Because fleets operate on thin margins, implementing Sensata \| Xirgo’s tire pressure monitoring system (TPMS) creates significant savings by reducing overall costs on tires, repairs, maintenance, wages, fuel, insurance, and fees.<br><br>Sensata \| Xirgo’s truck-and-trailer solution offers a modular software platform that collects data from wireless sensors using a vehicle area network and delivers actionable insights to the right place at the right time:<br><br>• Fleet managers, maintenance teams, and operations personnel receive daily email reports with a list of issues to resolve.<br><br>• Drivers receive real-time, in-cab warnings on a tablet device with a non-distracting design, giving them the ability to pull over and investigate the issue.<br><br>Whether retrofitted to existing fleet assets, or installed at the OEM, Sensata \| Xirgo’s TPMS solution is the logical choice when it comes to effective tire management. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>


VEHICLE TELEMATICS

WE PROVIDE THE MOST COMPREHENSIVE AND VERSATILE SOLUTIONS ACROSS ALL VEHICLE CLASSES.

The ultimate solutions for monitoring driver behavior, vehicle location, and diagnostic information.

No matter the size of your fleet, it is a challenge to make effective business decisions which require high-quality, reliable information from your vehicles.

The Sensata | Xirgo vehicle telematics solutions offer modular, flexible options that support OBDII parameter IDs (PIDS) for a wide range of vehicles, including passenger, light- to heavy-duty trucks, and commercial equipment, with more vehicles added every year.

Our platform allows rapid customization by market and application requirements, while our highly-configurable firmware allows full control of device reporting behavior.

Our full-featured devices include:

- Integrated GPS engine, accelerometer, cellular/GPS antennas, and OBDII interface.
- Geofences for greater control and monitoring, with instant notifications.
- Modular design for Garmin FMI, Bluetooth connectivity, and 1-wire Bus.
- A Bluetooth® option that works with ELD applications.
- Two 1-wire Bus interfaces for driver ID or serial temperature sensing.
- Customizable data packets.

Get the vehicle data you need to support your unique and evolving business with a vehicle telematics solution from Sensata | Xirgo.

Monitor driver behavior

Supports a wide range of vehicles including passenger, light to heavy-duty trucks, and commercial equipment

Integration with vehicle PIDs to provide additional insights

Support for additional digital and analog I/O for integration with other sensors or peripherals
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  |



https://www.sensata.com/sites/default/files/a/Sensata-Xirgo_Solution_Catalog.pdf



<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>




http://q4live.s22.clientfiles.s3-website-us-east-1.amazonaws.com/327799861/files/doc_presentations/2021/Xirgo-acquisition.pdf

</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | <br>https://www.noregon.com/what-is-obd/ |
| said device being a stand-alone device cooperating with the vehicle electronic dedicated control units, via said network connector and through said inner network, and processing information data related to use and functioning of the motor vehicle received through said | Defendants’ Accused Products comprise a stand-alone device cooperating with the vehicle electronic dedicated control units, via said network connector and through said inner network, and processing information data related to use and functioning of the motor vehicle received through said network connector and the inner network from connected vehicle sensors.<br><br>For example, the Accused Products include a standalone device that cooperates with a vehicle’s sensors/control units via the vehicle’s OBD computer. The Accused Products (e.g., the XT2600 and/or other similar devices) receive and process information related to the vehicle’s use and functioning. Information is received from the OBD computer and transmitted to the Accused Products (e.g., the XT2600 and/or other similar devices) via the OBD network connector. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| network connector and the inner network from connected vehicle sensors | XT2600<br><br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | |

| General specification | |
|---|---|
| Power | DC 8-24V |
| Connectivity | NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback |
| GPS | Integrated GPS receiver and antenna |
| Sensors | LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication |
| Accelerometer | Yes, 3-Axis + motion detection |
| Integrated auditory-feedback (buzzer) | Yes |

https://www.xirgoglobal.com/export/en/model/xt2600

XT2600 Product Manual / [72] DTC

[72] DTC

DTC event is triggered when DTCs are read. To determine when and how often DTCs are read, refer to Configuration 92: Enable DTCs.

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Events/72_DTC.html#72-dtc

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | (see below) |

XT2600 Product Manual / Configuration 92: Enable DTCs

Configuration 92: Enable DTCs

Enables DTCs, sets a periodic rate in seconds, and sets a maximum speed (kph) for DTC gathering.

| |
|---|
| Read Schema |
| !cp:92 |
| Write Schema |
| !cs:92,FLAGS,INTERVAL_S,SPEED_KPH |

| Parameter | Type | Description |
|---|---|---|
| Flags | UINT8 | Flags. |
| | | Value: 0x0 — DTC configuration disabled. |
| | | Value: 0x1 — DTCs enabled. |
| | | Value: 0x2 — Capture once at the start of each trip. |
| INTERVAL_S | UINT16 | Interval in seconds between DTC gathering. The recommended time is approximately 10 minutes (600 seconds). |
| SPEED_KPH | UINT8 | Speed threshold in kilometers per hour. DTC gathering will not occur while the vehicle speed is greater than SPEED_KPH. |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Configurations/92_Enable_DTCs.html

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
XT2600 Product Manual / Parameters / Parameter 26: DTC (Vehicle Bus Diagnostic Trouble Codes)<br>
Parameter 26: DTC (Vehicle Bus Diagnostic Trouble Codes)<br>
DTC provides a list of codes by ECU.<br>
Schema<br>
{ "DTC" :<br>
{ "DI" : { N_ECU_RESPONDED, N_ECU_HASDTC }}<br>
{ ECUID : { NC, NCR, DTC_1, …, DTC_N }}<br>
{ … }<br>
}<br>
<table>
<tr><th>Param</th><th>Type</th><th>Description</th></tr>
<tr><td>N_ECU</td><td>UINT8</td><td>Number of ECUs that responded to the request.</td></tr>
<tr><td>N_ECU_HASDTC</td><td>UINT8</td><td>Number of ECUs that had DTCs.</td></tr>
<tr><td>ECUID</td><td>UINT32</td><td>ECU ID.</td></tr>
<tr><td>NC</td><td>UINT8</td><td>Number of codes present on vehicle bus.</td></tr>
<tr><td>NCR</td><td>UINT8</td><td>Number of codes reported in message. NCR will be less than or equal to NC.</td></tr>
<tr><td>DTC_N</td><td>UINT32</td><td>Diagnostic trouble code. Msgpack reports the codes as decimal values between 0 and 4294967295. The hexadecimal equivalent of the value is decoded differently depending on which protocol is in use.</td></tr>
</table>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Parameters/Parameter_26_DTC_Virtual_Bus.html#parameter-26-dtc-vehicle-bus-diagnostic-trouble-codes
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | <br>noregon.com/what-is-obd/<br>(855) 889-5776 LOCATE A SAL<br>SOLUTIONS SUPPORT RESOURCES A<br>**What Is OBD?**<br>OBD stands for On-Board Diagnostics and is a computer system inside of a vehicle that tracks and regulates a car's performance. This on-board computer system collects information from the network of sensors inside the vehicle, which the system can then use to regulate car systems or alert the user to problems. A technician can then simply plug into the OBD system to collect vehicle data and diagnose the problem. OBD systems have been a great help in helping users better understand vehicle diagnostics.<br>https://www.noregon.com/what-is-obd/ |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | **TIRE PRESSURE MONITORING**<br>WE HELP FLEETS REDUCE THEIR COSTS AND IMPROVE SAFETY, TIRE LIFE, AND DRIVER SATISFACTION.<br><br>Fleet maintenance and operations are challenged to keep their assets running safely, while maximizing uptime at the lowest cost possible. Because fleets operate on thin margins, implementing Sensata \| Xirgo’s tire pressure monitoring system (TPMS) creates significant savings by reducing overall costs on tires, repairs, maintenance, wages, fuel, insurance, and fees.<br>Sensata \| Xirgo’s truck-and-trailer solution offers a modular software platform that collects data from wireless sensors using a vehicle area network and delivers actionable insights to the right place at the right time:<br>• Fleet managers, maintenance teams, and operations personnel receive daily email reports with a list of issues to resolve.<br>• Drivers receive real-time, in-cab warnings on a tablet device with a non-distracting design, giving them the ability to pull over and investigate the issue.<br>Whether retrofitted to existing fleet assets, or installed at the OEM, Sensata \| Xirgo’s TPMS solution is the logical choice when it comes to effective tire management. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | <br>https://www.sensata.com/sites/default/files/a/Sensata-Xirgo_Solution_Catalog.pdf<br><br>February 12, 2021 |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
| --- | --- |
| | <br>http://q4live.s22.clientfiles.s3-website-us-east-1.amazonaws.com/327799861/files/doc_presentations/2021/Xirgo-acquisition.pdf |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | VEHICLE TELEMATICS<br>**Go Beyond Dots on a Map**<br>Tap into our telematics to inspire the right actions and empower smarter decisions for your customers. Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial equipment. Receive differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability.<br><br>**Move from commoditization to differentiation.**<br>Differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability. Any driver can benefit from vehicle telematics devices.<br><br>**Monitor a wide range of vehicle types.**<br>Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial powered/non-powered equipment.<br><br>**PID integration for additional vehicle telematics visibility.**<br>Onboard diagnostic parameter IDs (PIDs) add vehicle condition/status to location and driver/operator behavior monitoring.<br><br>**Integrate with other sensors/devices.**<br>Open API supports additional digital and analog interface for easy integration with other vehicle telematics devices and peripherals.<br><br>https://xirgo.com/products/vehicle-telematics/ |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Visibility Meets Security.<br>Xirgo fleet telematics is helping companies all over the globe protect their drivers, cut costs and insulate their bottom line from insurance claims and settlements. Commercial fleet and work truck telematics solutions to improve fleet utilization, lower liability and insurance costs, reduce operating expenses and keep drivers safe.<br>› Driver monitoring<br>› Vehicle location and diagnostics<br>› Video telematics (road only, road and driver, multi-view)<br>› Pallet and trailer tracking<br>› Cargo monitoring<br>https://xirgo.com/industries/commercial-fleets/<br><br>reader.elsevier.com/reader/sd/pii/S2352484719308649?token=2E4F878025BD13752F053EF2210CE38900EEC3...<br>ited by Figures (5) 4 / 9<br>58 *D. Rimpas, A. Papadakis and M. Samarakou / Energy Reports 6 (2020) 55–63*<br>In order to retrieve the exchanged values, the On-Board Diagnostics (OBD) system is used (version II). Road vehicles (starting from 1996) are required to be equipped with the OBD-II system, which is accessed through the Data Link Connector (DLC). DLC is the 16-pin connector that allows access to the underlying protocol that each vehicle uses for module communications.<br>In principle the OBD-II system uses 2 types of codes:<br>1. Diagnostic Trouble Code (DTC): Each code is used to describe an issue, for example Pxxxx is a powertrain code error and Cxxxx a chassis error. Each code can be unique or manufacturer specific.<br>2. Parameter ID (PID): Codes used to require data from the ECU, like RPM in idle speed.<br>The selected parameters along with their OBD-II IDs are depicted in Table 1.<br>**Table 1.** Parameters selected for measurement and OBD-II IDs.<br>A/A — OBD-II ID — Parameter<br>1 — 0 × 05 — Engine coolant temperature<br>2 — 0 × 06 — Short term fuel trim<br>3 — 0 × 0C — Engine RPM<br>4 — 0 × 0D — Vehicle speed<br>5 — 0 × 10 — Air flow rate<br>6 — 0 × 34 — O2 lambda equivalent<br>The values are retrieved through the OBD-II port (16 pin connector) using the OBD-II scanner which allows access to the continuous flow of information. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Rimpas, Dimitrios; Papadakis, Andreas; Samarakou, Maria (2020): OBDII sensor diagnostics for monitoring vehicle operation and consumption, Energy Reports, ISSN 2352-4847, Elsevier, Amsterdam, Vol. 6, Iss. 3, pp. 58, https://doi.org/10.1016/j.egyr.2019.10.018. |
| said data received through said inner network being processed by said central processing unit and performed analysis being stored into said storage (**4**); | Defendants' Accused Products comprise said data received through said inner network being processed by said central processing unit and performed analysis being stored into said storage.<br><br>For example, the information/data received relating to the motor vehicle's use and functioning is processed; any associated analysis, including, for example, the vehicle's speed and fuel level, is stored in the Accused Products' (such as XT2600 and/or other similar devices) storage.<br><br> |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996.<br><br>Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | (see below) |

**Key benefits:**

- EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.
- CAN parameters from the vehicle.
- Registering data second by second data with low data.
- 3-axis accelerometer and motion detector. About driver behavior and accident detection
- LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.
- Works with Xirgo's device manager and XGFleet services.

| General specification | |
|---|---|
| Power | DC 8-24V |
| Connectivity | NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback |
| GPS | Integrated GPS receiver and antenna |
| Sensors | LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication |
| Accelerometer | Yes, 3-Axis + motion detection |
| Integrated auditory-feedback (buzzer) | Yes |

https://www.xirgoglobal.com/export/en/model/xt2600

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | XT2600 Product Manual / [72] DTC<br>[72] DTC<br>DTC event is triggered when DTCs are read. To determine when and how often DTCs are read, refer to Configuration 92: Enable DTCs.<br>https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Events/72_DTC.html#72-dtc<br><br>XT2600 Product Manual / General Operation<br>General Operation<br>The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle's OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.<br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.<br>https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|

XT2600 Product Manual / Subsystems / Manager

## Manager

### Manager Enable Security

Enables JTAG security on the microprocessor.

| Command Type | Syntax |
|---|---|
| UART | Command |
| | !mss |
| | Response |
| | OK |
| JOB | Command |
| | { "!mss": [ "", "" ] } |
| | Response |
| | N/A |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/Manager.html

XT2600 Product Manual / XFS

## XFS

### XFS Print Information

Requests XFS subsystem to display information about objects stored in flash/non-volatile memory to the interface which the command was sent to.

| Command Type | Syntax |
|---|---|
| UART | Command |
| | !fpi |
| | Response |
| | Object: <object><br>Peripheral: <peripheral><br>Address: <addr><br>Size: <bytes><br>Hardware ID: <HWID> |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/XFS.html |

XT2600 Product Manual / Configuration 92: Enable DTCs

## Configuration 92: Enable DTCs

Enables DTCs, sets a periodic rate in seconds, and sets a maximum speed (kph) for DTC gathering.

| |
|---|
| Read Schema |
| !cp:92 |
| Write Schema |
| !cs:92,FLAGS,INTERVAL_S,SPEED_KPH |

| Parameter | Type | Description |
|---|---|---|
| Flags | UINT8 | Flags. |
| INTERVAL_S | UINT16 | Interval in seconds between DTC gathering. The recommended time is approximately 10 minutes (600 seconds). |
| SPEED_KPH | UINT8 | Speed threshold in kilometers per hour. DTC gathering will not occur while the vehicle speed is greater than SPEED_KPH. |

Flags values:

| Value | Description |
|---|---|
| 0x0 | DTC configuration disabled. |
| 0x1 | DTCs enabled. |
| 0x2 | Capture once at the start of each trip. |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Configurations/92_Enable_DTCs.html

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
| --- | --- |
| | <br><br>https://www.noregon.com/what-is-obd/ |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | **TIRE PRESSURE MONITORING**<br><br>WE HELP FLEETS REDUCE THEIR COSTS AND IMPROVE SAFETY, TIRE LIFE, AND DRIVER SATISFACTION.<br><br><br><br>Fleet maintenance and operations are challenged to keep their assets running safely, while maximizing uptime at the lowest cost possible. Because fleets operate on thin margins, implementing Sensata \| Xirgo’s tire pressure monitoring system (TPMS) creates significant savings by reducing overall costs on tires, repairs, maintenance, wages, fuel, insurance, and fees.<br><br>Sensata \| Xirgo’s truck-and-trailer solution offers a modular software platform that collects data from wireless sensors using a vehicle area network and delivers actionable insights to the right place at the right time:<br><br>• Fleet managers, maintenance teams, and operations personnel receive daily email reports with a list of issues to resolve.<br><br>• Drivers receive real-time, in-cab warnings on a tablet device with a non-distracting design, giving them the ability to pull over and investigate the issue.<br><br>Whether retrofitted to existing fleet assets, or installed at the OEM, Sensata \| Xirgo’s TPMS solution is the logical choice when it comes to effective tire management. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| |  |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>


</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>



https://www.sensata.com/sites/default/files/a/Sensata-Xirgo_Solution_Catalog.pdf



</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | <br>http://q4live.s22.clientfiles.s3-website-us-east-1.amazonaws.com/327799861/files/doc_presentations/2021/Xirgo-acquisition.pdf |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | VEHICLE TELEMATICS<br>**Go Beyond Dots on a Map**<br>Tap into our telematics to inspire the right actions and empower smarter decisions for your customers. Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial equipment. Receive differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability.<br>**Move from commoditization to differentiation.**<br>Differentiated data from vehicle telematics, monitoring and onboard diagnostics for enhanced safety, efficiency, sustainability and profitability. Any driver can benefit from vehicle telematics devices.<br>Monitor a wide range of vehicle types.<br>Collect vehicle telematics data from virtually any vehicle type, including passenger, light- and heavy-duty trucks, and commercial powered/non-powered equipment.<br>PID integration for additional vehicle telematics visibility.<br>Onboard diagnostic parameter IDs (PIDs) add vehicle condition/status to location and driver/operator behavior monitoring.<br>Integrate with other sensors/devices.<br>Open API supports additional digital and analog interface for easy integration with other vehicle telematics devices and peripherals.<br>https://xirgo.com/products/vehicle-telematics/ |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Visibility Meets Security.<br><br>Xirgo fleet telematics is helping companies all over the globe protect their drivers, cut costs and insulate their bottom line from insurance claims and settlements. Commercial fleet and work truck telematics solutions to improve fleet utilization, lower liability and insurance costs, reduce operating expenses and keep drivers safe.<br><br>› Driver monitoring<br>› Vehicle location and diagnostics<br>› Video telematics (road only, road and driver, multi-view)<br>› Pallet and trailer tracking<br>› Cargo monitoring<br><br>https://xirgo.com/industries/commercial-fleets/ |
| an interface connector (**2**) providing connection to one of a radio transmitter (**6**) and a wireless unit; and | Defendants' Accused Products comprise an interface connector (**2**) providing connection to one of a radio transmitter (**6**) and a wireless unit.<br><br>For example, based on public information and belief, the Accused Products comprise an interface connector, such as an interface connector (e.g., physical interface connector) between the Accused Products' (e.g., the XT2600 and/or other similar devices) circuit board and at least, for example, a cellular module, a SIM card connector and/or antenna used by the Defendants, which connect to one of a radio transmitter and/or a wireless unit.<br><br>XT2600 |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | <br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | |

| General specification | |
|---|---|
| Power | DC 8-24V |
| Connectivity | NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback |
| GPS | Integrated GPS receiver and antenna |
| Sensors | LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication |
| Accelerometer | Yes, 3-Axis + motion detection |
| Integrated auditory-feedback (buzzer) | Yes |

https://www.xirgoglobal.com/export/en/model/xt2600

XT2600 Product Manual / [72] DTC

[72] DTC

DTC event is triggered when DTCs are read. To determine when and how often DTCs are read, refer to Configuration 92: Enable DTCs.

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Events/72_DTC.html#72-dtc

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | XT2600 Product Manual / General Operation<br><br>General Operation<br><br>The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle's OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.<br><br>https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html<br><br>XT2600 Product Manual / Parameters / Parameter 33: SI (SIM ICCID)<br><br>§ Parameter 33: SI (SIM ICCID)<br><br>Subscriber identification module (SIM), SIM card, integrated circuit card identifier (ICCID). The ICCID is stored in the SIM card and/or engraved or printed on the SIM card body. The ICCID is defined by the ITU-T recommendation E.118 as the Primary Account Number. The ICCID structure is based on ISO/IEC 7812.<br><br>The ICCID is composed of 3 subparts:<br>• Issuer identification number (IIN), Maximum of seven digits.<br>  ◦ Major industry identifier (MII), 2 fixed digits, 89 for telecommunication purposes.<br>  ◦ Country code, 1-3 digits, as defined by ITU-T recommendation E.164.<br>  ◦ Issuer identifier, 1-4 digits.<br>• Individual account identification<br>  ◦ Individual account identification number. Its length is variable, but every number under one IIN has the same length.<br>• Check digit<br>  ◦ Single digit calculated from the other digits using the Luhn algorithm.<br><br>https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Parameters/Parameter_33_SI_SIM_CCID.html |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| and a front-end device (**6**) and a bus (**13**) connecting said network connector (**8**) to said central processing unit; and | Defendants’ Accused Products comprise a front-end device (**6**) and a bus (**13**) connecting said network connector (**8**) to said central processing unit.<br><br>For example, the Accused Products (e.g., the XT2600 and/or similar devices) comprise a front-end device and a bus that connects the bus’ network connector to its CPU. The Accused Products (e.g., the XT2600 and/or other similar devices) comprise, for example, a front-end device that interfaces with the network connector and/or the pins used to connect the vehicle OBD port.<br><br>XT2600<br><br><br><br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
<table>
<tr><th colspan="2">General specification</th></tr>
<tr><td>Power</td><td>DC 8-24V</td></tr>
<tr><td>Connectivity</td><td>NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback</td></tr>
<tr><td>GPS</td><td>Integrated GPS receiver and antenna</td></tr>
<tr><td>Sensors</td><td>LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication</td></tr>
<tr><td>Accelerometer</td><td>Yes, 3-Axis + motion detection</td></tr>
<tr><td>Integrated auditory-feedback (buzzer)</td><td>Yes</td></tr>
</table>
https://www.xirgoglobal.com/export/en/model/xt2600<br><br>
XT2600 Product Manual / General Operation<br><br>
General Operation<br><br>
The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle’s OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.<br><br>
The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.<br>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| a further bus (**14**) connecting said central processing unit to said storage (**4**), | Defendants’ Accused Products comprise a further bus (**14**) connecting said central processing unit to said storage (**4**).<br><br>For example, the Accused Products (e.g., the XT2600 and/or similar devices) include a bus that transmits data from the CPU to the Accused Products’ (e.g., the XT2600 and/or similar devices) storage.<br><br>XT2600<br><br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br><br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo's OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo's XT2600 is the most versatile and economical telematics device available. The device's plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle's OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo's device manager and XGFleet services. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|

| General specification | |
|---|---|
| Power | DC 8-24V |
| Connectivity | NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback |
| GPS | Integrated GPS receiver and antenna |
| Sensors | LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication |
| Accelerometer | Yes, 3-Axis + motion detection |
| Integrated auditory-feedback (buzzer) | Yes |

https://www.xirgoglobal.com/export/en/model/xt2600

XT2600 Product Manual / General Operation

## General Operation

The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle’s OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.

The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, "Defendants") |
|---|---|
| | https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html |

XT2600 Product Manual / Subsystems / Manager

## Manager

### Manager Enable Security

Enables JTAG security on the microprocessor.

| Command Type | Syntax |
|---|---|
| UART | Command |
| | !mss |
| | Response |
| | OK |
| JOB | Command |
| | { "!mss": [ "", "" ] } |
| | Response |
| | N/A |

https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/Manager.html

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
XT2600 Product Manual / XFS<br><br>
XFS<br><br>
XFS Print Information<br><br>
Requests XFS subsystem to display information about objects stored in flash/non-volatile memory to the interface which the command was sent to.<br><br>
<table>
<tr><th>Command Type</th><th>Syntax</th></tr>
<tr><td>UART</td><td>Command</td></tr>
<tr><td></td><td>!fpi</td></tr>
<tr><td></td><td>Response</td></tr>
<tr><td></td><td>Object: <object><br>Peripheral: <peripheral><br>Address: <addr><br>Size: <bytes><br>Hardware ID: <HWID></td></tr>
</table>
<br>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/reAnimate/Subsystems/XFS.html
</td></tr>
<tr><td>wherein said device is coupled, through said on-board network connector (8), with one of an OBD- and an EOBD connector (40) for interfacing the motor vehicle inner networks with an outside network of said motor vehicle.</td><td>
Defendants’ Accused Products comprise wherein said device is coupled, through said on-board network connector (8), with one of an OBD- and an EOBD connector (40) for interfacing the motor vehicle inner networks with an outside network of said motor vehicle.<br><br>
For example, the Accused Products (e.g., the XT2600 and/or similar devices) are coupled with an OBD connector that interfaces with an outside network, such as a network (e.g., cellular network) which connects the Accused Products (e.g., the XT2600 and/or other similar devices).<br><br>
XT2600
</td></tr>
</table>

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | <br>This device was developed accordingly to insurance companies and is capable to provide all the information insurance companies need. Special algorithm allows this device to register and provide all the information about driver behavior, speed, CAN-BUS parameters from every second of the trip with only consuming up to 2mb of data traffic per month.<br>Xirgo has over 14 years of experience with OBDII technology across all major vehicle OEMs and installed over 4.5 million OBD devices in over 12 million vehicles. Dedicated OBD engineers on staff responsible for writing the OBD standard since 1996. |

| Claim 1 | Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”) |
|---|---|
| | Vehicle trip logger using OBD2 allows devices to interact with your car in a smooth and simple way – you just plug the Xirgo’s OBD2 GPS tracker into your OBD II connector, and the device is ready to go!<br><br>Xirgo’s XT2600 is the most versatile and economical telematics device available. The device’s plug-and-play design with an integrated J1962 connector allows for easy installation to any vehicle’s OBD-II port, which substantially reduces the high cost of installation.<br><br>This device is the excellent choice for communicating vital vehicle information including: fuel level, odometer reading, seat belt status, engine oil life as well as driver behavior and location via GNSS.<br><br>The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The XT2600 uses a highly sensitive GPS engine along with an integrated GNSS antenna and register data second by second and CAN interface support.<br><br>**Key benefits:**<br>• EMEA: 4G LTE - CatM1, NB IoT; 2G. North America: 4G LTE - Cat M1 & NBIoT.<br>• CAN parameters from the vehicle.<br>• Registering data second by second data with low data.<br>• 3-axis accelerometer and motion detector. About driver behavior and accident detection<br>• LED status indicators for GNSS lock, Cellular registration, and OBD-II communication.<br>• Works with Xirgo’s device manager and XGFleet services. |

<table>
<tr><th>Claim 1</th><th>Xirgo Technologies, LLC and Xirgo Holdings, Inc. (collectively, “Defendants”)</th></tr>
<tr><td></td><td>
<table>
<tr><th colspan="2">General specification</th></tr>
<tr><td>Power</td><td>DC 8-24V</td></tr>
<tr><td>Connectivity</td><td>NA: 4G LTE Cat M1<br>EU: 4G LTE Cat M1, NB2, and 2G fallback</td></tr>
<tr><td>GPS</td><td>Integrated GPS receiver and antenna</td></tr>
<tr><td>Sensors</td><td>LED status indicators for GPS lock,<br>Cellular registration,<br>and OBD-II communication</td></tr>
<tr><td>Accelerometer</td><td>Yes, 3-Axis + motion detection</td></tr>
<tr><td>Integrated auditory-feedback (buzzer)</td><td>Yes</td></tr>
</table>
https://www.xirgoglobal.com/export/en/model/xt2600<br><br>
XT2600 Product Manual / General Operation<br><br>
General Operation<br><br>
The XT2600 is a low cost vehicle tracking unit that connects to a light duty or passenger vehicle’s OBD-II port and communicates to the server via the cellular network. The device has an integrated J1962 connector and can be quickly installed via the OBD port.<br><br>
The XT2600 communicates over TCP and supports TLS1.2 and MQTT. The device supports AWS IoT services, including AWS Thing Shadow, AWS Jobs, and S3 for device management. Device management features with AWS allows the device firmware and configurations to be updated over-the-air. The XT2600 uses a highly sensitive GPS engine along with an integrated GPS antenna and CAN interface support. It can be installed in most vehicles available in North America.<br>
https://xirgo.gitlab.io/telematics/reanimate/antora/XT2600/GA1/WX_Ocarina/General_Operation.html
</td></tr>
</table>